PER CURIAM.

(No. 6380

CENTRAL PLAZA HOTEL, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 9, 1973.*

CENTRAL PLAZA HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

174

PERLIN, C.J.